# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 17-cv-00459-LTB

TRUDY NEWELL,

    Plaintiff,

v.

MAURY COBB, ATTORNEY AT LAW, LLC,

    Defendant.
_____

# ORDER
_____

    THIS MATTER comes before the Court, sua sponte for review. An Order to Show Cause was issued on October 1, 2018 giving Plaintiff up to and including October 22, 2018 to show cause why this matter should not be dismissed for failure to serve pursuant to Rule 4(m), Federal Rules of Civil Procedure. To date no response has been filed or good cause shown. It is therefore

    ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE**.

                      BY THE COURT:

                       s/Lewis T. Babcock
                       Lewis T. Babcock, Judge

DATED: January 14, 2019